AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | **September 19, 2007** |

| Name of SERVER | | TITLE | |
|---|---|---|---|
| **Sharon Wintory** | | | **Process Server** |

*Check one box below to indicate appropriate method of service*

☐     Served Personally upon the Defendant. Place where served:

☐     Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐     Returned unexecuted:

☒     Other *(specify):* **Personally served upon the Corporation Service Company,**
**Agent for Service of Process for Defendant Capital One Bank**
**11 South 12th Street**
**Richmond, VA 23218**

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | **Service of Process** | **$50.00** |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    **September 19, 2007**
              *Date*

*Signature of Server*    **Sharon Wintory**

**818 Lakewater Drive, Richmond VA**

*Address of Server*

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## CERTIFICATE
## OF
## CORPORATION SERVICE COMPANY

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

**CORPORATION SERVICE COMPANY**, a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1.    It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2.    (a)    It maintains a business office in the Commonwealth of Virginia at 11 South 12th Street, P.O. Box 1463, Richmond, Virginia, 23219.

(b)    Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

(c)    The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:

| | | |
|---|---|---|
| Beverley L. Crump | | Meda Sterrett |
| Heather Daniels |  Nicole T. McCallum | Janet Torrance |
| Linda B. Liles | Kate Nordquist | Amy Tarker |

**WHEREFORE,** Corporation Service Company has caused its corporate name to be hereunto subscribed this     day of March 2007.

CORPORATION SERVICE COMPANY

BY:  _____
George A. Massih III, Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this 5TH day of March 2007, by George A. Massih III.

My Commission Expires:  _8-5-2008_

_____
Notary Public
JANET B. WOZNICKI
NOTARY
TERM 4 YEARS
EXPIRES 2008
STATE OF DELAWARE