1 | Matthew S. Hale, Esq.
HALE & ASSOCIATES
2 | Calif. State Bar No. 136690
45 Rivermont Drive
3 | Newport News, VA 23601

4 | Mailing Address:
P.O. Box 1951
5 | Newport News, VA 23601

6 | Telephone No. (757) 596-1143
E-Mail: matthale@verizon.net
7

Attorney for Plaintiff DAVID J. LEE
8

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DAVID J. LEE, an individual and, on behalf of others similarly situated, | Case No.: C-07-4599 - MHP |
| Plaintiff, | PROOF OF SERVICE RE: RETURNS OF SERVICE ON SUMMONS & COMPLAINTS |
| vs. |  |
| CAPITAL ONE BANK and CAPITAL ONE SERVICES, INC., Virginia corporations, DOES 1 through 100, inclusive, |  |
| Defendants. |  |

1

**David J. Lee, et al. v. Capital One Bank, Inc. et al.,**
**Proof of Service Re: Returns of Service on Summons & Complaints**

On Wednesday, October 3, 2007, I served via First Class U.S. Mail, the agent for service of process for Defendants Capital One Bank and Capital One Services, Inc., The Corporation Service Company, located at 11 South 12th Street, Richmond, VA 23218, with copies of the Returns of Services regarding service of process of the Summons and Complaints, as well as this Proof of Service on the above referenced Defendants.

I declare that the foregoing is true and correct, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: October 3, 2007                              Respectfully submitted,

                                        By: _____
                                            Matthew S. Hale, Esq.
                                            Counsel for Plaintiffs

1

**David J. Lee, et al. v. Capital One Bank, Inc. et al.,**
Proof of Service Re: Returns of Service on Summons & Complaints