1  JAMES R. McGUIRE (CA SBN 189275)
   JMcGuire@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California  94105-2482
   Telephone: 415-268-7000
4  Facsimile:  415-268-7522

5  MELISSA JONES (CA SBN 205576)
   MJones@mofo.com
6  MORRISON @ FOERSTER LLP
   400 Capitol Mall, Suite 2600
7  Sacramento, California 95814
   Telephone: 916-448-3200
8  Facsimile:  916-448-3222

9  Attorneys for Defendants
   CAPITAL ONE BANK and
10 CAPITAL ONE SERVICES, INC..

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. LEE, an individual and, On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL ONE BANK, CAPITAL ONE SERVICES, INC. And DOES 1-100, inclusive,<br><br>Defendants. | Case No.   C-07-4599 MHP<br><br>**CLASS ACTION**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Hon. Marilyn H. Patel<br><br>Complaint filed: Sept. 5, 2007 |

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. C-07-4599 MHP
sf-2399960

1   WHEREAS, this action was filed on September 5, 2007;

2   WHEREAS, Defendants were served with the Complaint on or about September 19, 2007;

3   WHEREAS, Plaintiff has agreed that the time for Defendants to answer or file a motion to
4   dismiss in response to this Plaintiff's Complaint shall be extended to and including Thursday,
5   October 25, 2007, pursuant to Local Rule 6-1(a);

6   WHEREAS, Defendants' time to respond has not previously been extended, and;

7   WHEREAS, this Stipulation has been made in good faith and without purpose of delay;

8   IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their
9   responsive counsel of record, that the time for the Defendants to either answer or file their
10  motions to dismiss in response to the Complaint shall be extended to and including Thursday,
11  October 25, 2007.

12  Defendants shall reserve all defenses to the Complaint, and may respond by either answer
13  or motion to dismiss; to the extent allowable by law.

14  Dated: October 4, 2007                    MORRISON & FOERSTER LLP

16                                            By:      /s/ James R. McGuire
                                                       James R. McGuire

17                                            Attorneys for Defendants
18                                            CAPITAL ONE BANK and
                                              CAPITAL ONE SERVICES, INC.

19  Dated: October 4, 2007                    HALE & ASSOCIATES

21                                            By:      /s/ Matthew S. Hale
                                                       Matthew S. Hale

22                                            Attorneys for Plaintiff
                                              DAVID J. LEE

24  I, James R. McGuire, am the ECF user whose ID and password are being used to file this
25  Stipulation To Extend Time To Respond To Complaint. I hereby attest that Matthew S. Hale has
26  concurred in this filing.

27

28

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. C-074599 MHP                                                                              1
sf-2399960