1  JAMES F. McCABE (CA SBN 104686)
   JMcCabe@mofo.com
2  JAMES R. McGUIRE (CA SBN 189275)
   JMcGuire@mofo.com
3  MELISSA A. JONES (CA SBN 205576)
   Mjones@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone: 415-268-7000
6  Facsimile: 415-268-7522

7  Attorneys for Defendants
   CAPITAL ONE BANK and
8  CAPITAL ONE SERVICES, INC.

9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13  DAVID J. LEE, an individual and, on behalf       Case No. C07-4599 MHP
    of others similarly situated,
14                                                    **CLASS ACTION**
                        Plaintiff,
15                                                    **DEFENDANT CAPITAL ONE BANK'S**
           v.                                         **AND DEFENDANT CAPITAL ONE**
16                                                    **SERVICES, INC.'S CERTIFICATION OF**
    CAPITAL ONE BANK and CAPITAL              **INTERESTED ENTITIES OR PERSONS**
17  ONE SERVICES, INC., Virginia
    corporations, DOES 1 through 100,                 Hon. Judge Marilyn Hall Patel
18  inclusive,                                        Complaint filed: Sept. 5, 2007

19                      Defendants.

20

21

22

23

24

25

26

27

28

DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO. C07-4599 MHP
sf-2411715

1    Pursuant to Civil L.R. 3-16, and Fed. R. Civ. Proc. 7.1, the undersigned certifies that the

2    following listed persons, associations of persons, firms, partnerships, corporations (including

3    parent corporations) or other entities (i) have a financial interest in the subject matter in

4    controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject

5    matter or in a party that could be substantially affected by the outcome of this proceeding: Capital

6    One Financial Corporation, which is the parent corporation to to both Defendants Capital One

7    Bank and Capital One Services, Inc.

8    Dated: October 25, 2007                    MORRISON & FOERSTER LLP

9

10                                    By:      /s/ James McGuire
                                                    James McGuire
11

12                                              Attorneys for Defendants
                                                CAPITAL ONE BANK and
13                                              CAPITAL ONE SERVICES, INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28