1 | **Matthew S. Hale, Esq.**
2 | **HALE & ASSOCIATES**
  | **Calif. State Bar No. 136690**
3 | **45 Rivermont Drive**
  | **Newport News, VA 23601**
4 | **Mailing Address:**
  | **P.O. Box 1951**
5 | **Newport News, VA 23601**
6 | **Telephone No. (757) 596-1143**
  | **E-Mail: matthale@verizon.net**
7 |
  | **Attorney for Plaintiffs, DAVID J. LEE and**
8 | **DANIEL R. LLOYD**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID J. LEE, an individual and, on behalf of others similarly situated,**<br><br>              **Plaintiff,**<br><br>      vs.<br><br>**CAPITAL ONE BANK and CAPITAL ONE SERVICES, INC., Virginia corporations, DOES 1 through 100, inclusive,**<br><br>              **Defendants.** | Case No.: C-07-4599 - MHP<br><br>**CLASS ACTION**<br><br>(Assigned to the Honorable Marilyn H. Patel)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CHANGE THE DATE OF THE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Action filed: September 5, 2007 |

1

**David Lee vs. Capital One Bank, et al.**
**Stipulation To Change The Date Of The Initial Case Management Conference**

WHEREAS, the Initial Case Management Conference is currently scheduled for Monday, December 10, 2007;

WHEREAS, Plaintiff's counsel will be in San Francisco on Tuesday, December 4, 2007 to attend and participate in the hearing on a Motion to Dismiss in the Lee, et al. v. Chase Manhattan Bank, docket number C 07-4732 (MJJ);

WHEREAS, it would otherwise be necessary for Plaintiff's counsel to make a special trip to San Francisco to attend and participate in the currently scheduled December 10, 2007 Initial Case Management Conference, Plaintiff's counsel wishes to move-up the aforementioned Conference to Tuesday, December 4, 2007 at 2:00 p.m.

WHEREAS, this Stipulation has been made in good faith and without purpose of delay; All necessary filings will be timely made based upon the revised date.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel of record, that Case Management Conference, currently scheduled for Monday, December 10, 2007 shall be re-scheduled for Tuesday, December 4, 2007 at 2:00 p.m. in Courtroom 15, 18th Floor, of the San Francisco Federal Courthouse. Furthermore, the Parties' Joint F.R.C.P. 26 Statement shall now be due no later than Tuesday, November 27, 2007.

///

///

///

1

**David Lee vs. Capital One Bank, et al.**
**Stipulation To Change The Date Of The Initial Case Management Conference**

Dated: November 6, 2007                                    MORRISON & FOERSTER
                                                           JAMES B. MCGUIRE


                                                    By:         /S/
                                                          James R. McGuire

                                         Attorney for Defendants

                                         CAPITAL ONE BANK AND
                                         CAPITAL ONE SERVICES, INC.


Dated: November 6, 2007                                    HALE & ASSOCIATES
                                                           MATTHEW S. HALE


                                                    By:         /S/
                                                          Matthew S. Hale

                                         Attorney for Plaintiff

                                         DAVID J. LEE


**IT IS SO ORDERED.**


                                                    By: _____
                                                          The Honorable
                                                          Marilyn H. Patel
                                                          U.S. District Court Judge

Dated: November ___, 2007

San Francisco, California

2

**David Lee vs. Capital One Bank, et al.**
**Stipulation To Change The Date Of The Initial Case Management Conference**