1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                         **Northern District of California**

10   Lee,                                        07-04599 MHP

11                     Plaintiff(s),      **NOTICE RE: NONCOMPLIANCE
                                          WITH COURT ORDER**

12        v.

13   Capital One Bank,

14                     Defendant(s).

15

16        The parties have failed to file an ADR Certification and either a Stipulation and

17   [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone

18   Conference as required by the Initial Case Management Scheduling Order.  Counsel

19   shall Meet and Confer forthwith in an attempt to agree on an ADR process for this

20   matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file

21   an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting**

22   **ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b),

23   ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available

24   at www.adr.cand.uscourts.gov.)

25

26        Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a

27   copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

28   (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

United States District Court
Northern District of California

**Notice Re: Noncompliance With Court Order**
07-04599 MHP                                    -1-

**United States District Court**
**Northern District of California**

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment

2  to an e-mail directed to adr@cand.uscourts.gov.

3

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if

5  required, to occur before the Case Management Conference.

6

7

8  Dated: December 3, 2007

9                                    RICHARD W. WIEKING
                                  Clerk

10                                    by:    Timothy J. Smagacz

11                                      *Timothy Smagacz*

12                                    ADR Administrative Assistant
                                  415-522-4205

13                                    Tim_Smagacz@cand.uscourts.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Notice Re: Noncompliance With Court Order**
07-04599 MHP                                          -2-

**PROOF OF SERVICE**

Case Name:          Lee v. Capital One Bank

Case Number:        07-04599 MHP

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On December 3, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Matthew Scott Hale
> Attorney at Law
> 45 Rivermond Drive
> P.O. Box 1951
> Newport News, VA 23601
> matthale@verizon.net
>
> James R. McGuire
> Morrison & Foerster LLP
> 425 Market Street
> San Francisco, CA 94105-2482
> jmcguire@mofo.com
>
> Stephen Julian Newman
> STROOCK & STROOCK & LAVAN LLP
> 2029 CENTURY PARK EAST, SUITE 1800
> Los Angeles, CA 90067
> SNEWMAN@STROOCK.COM

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 3, 2007 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov