UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DAVID J. LEE, an individual and, on behalf of others similarly situated
　　　　　　Plaintiff(s),

v.

CAPITAL ONE BANK and CAPITAL ONE SERVICES, INC.
　　　　　　Defendant(s).

CASE NO. C 07 4599 MHP

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

☐ have not yet reached an agreement to an ADR process
☒ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  12/10/07

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Matthew Hale | Plaintiff | (757) 596-1143 | matthale@verizon.net |
| James McGuire | Defendants | (415) 268-7013 | JMcGuire@mofo.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 12/9/07

/s/Matthew Hale
Attorney for Plaintiff

Dated: 12/9/07

/s/James McGuire
Attorney for Defendant

Rev 12.05

American LegalNet, Inc.
www.USCourtForms.com