JAMES F. McCABE (CA SBN 104686)
JMcCabe@mofo.com
JAMES R. McGUIRE (CA SBN 189275)
JMcGuire@mofo.com
MELISSA A. JONES (CA SBN 205576)
MJones@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415-268-7000
Facsimile: 415-268-7522

Attorneys for Defendants
CAPITAL ONE BANK and
CAPITAL ONE SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID J. LEE, an individual and, on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CAPITAL ONE BANK and CAPITAL ONE SERVICES, INC., Virginia corporations, DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. C07-4599 MHP<br><br>**CLASS ACTION**<br><br>**REQUEST FOR JUDICIAL NOTICE RE DEFENDANTS' MOTION AND MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION OR, IN THE ALTERNATIVE, FOR JUDGMENT ON THE PLEADINGS**<br><br>Date: January 14, 2008<br>Time: 2:00 p.m.<br>Place: Courtroom 15<br>Hon. Marilyn Hall Patel<br><br>Complaint filed: Sept. 5, 2007 |

1  Pursuant to Federal Rule of Evidence 201, defendant Capital One Bank respectfully
2  requests that this Court take judicial notice of the following documents and matters contained
3  therein, which are attached hereto as Exhibits A through I:

4  A.  Attached hereto as Exhibit A is a true and correct copy of the November 30, 2007
5  hearing transcript from *Lee v. American Express Travel Related Services*, No. C 07-04765 CRB
6  (N.D. Cal.).

7  B.  Attached hereto as Exhibit B is a true and correct copy of the Memorandum and
8  Order filed December 6, 2007 in *Lee v. American Express Travel Related Services*, No. C 07-
9  04765 CRB (N.D. Cal.).

10  C.  Attached hereto as Exhibit C is a true and correct copy of the Complaint filed
11  September 17, 2007 in *Lee v. American Express Travel Related Services*, No. C 07-04765 CRB
12  (N.D. Cal.).

13  D.  Attached hereto as Exhibit D is a true and correct copy of Assembly Bill No. 292,
14  1970 Reg. Sess. (Jan. 21, 1970).

15  E.  Attached hereto as Exhibit E is a true and correct copy of Assembly Bill No. 292,
16  1970 Reg. Sess (Jan. 21, 1970) (as amended Aug. 7, 1970).

17  F.  Attached hereto as Exhibit F is a true and correct copy of the Order Granting In
18  Part and Denying In Part MBNA's Motion to Dismiss, filed February 17, 2006 in *Lowman v.
19  MBNA America Bank, N.A.*, No. CV 05-7501 ER (C.D. Cal.).

20  G.  Attached hereto as Exhibit G is a true and correct copy of the Order Granting In
21  Part and Denying In Part Bank of America, N.A.'s Motion to Strike Allegations of Consolidated
22  Complaint and Capital One Services, Inc. and Capital One Bank's Motion to Strike Fifth
23  Amended Complaint, filed August 7, 2003, in *Utility Consumers' Action Network v. Capital One
24  Services, Inc.,* JCC No. 4191 (San Francisco Super. Ct.).

25  H.  Attached hereto as Exhibit H is a true and correct copy of the Order Granting
26  Defendant WMC Mortgage Corp.'s Motions *In Limine* Nos. 1, 2, and 4, Denying WMC Mortgage
27  Corp's Motion *In Limine* No. 3, and Denying Plaintiff's Motion For Leave To Amend, filed
28

1  June 1, 2005, in *Barbera v. WMC Mortgage Corp.,* No. CGC-01-322066 (San Francisco Super.
2  Ct.).

3        I.    Attached hereto as Exhibit I is a true and correct copy of the Order Sustaining
4  Demurrer to All Three Causes of Action of the First Amended Complaint With Leave to Amend,
5  filed July 28, 2006 in *Shie v. American Express Centurion Bank*, No. BC 345823 (L.A. Super.
6  Ct.).

7        Good cause exists for the Court to grant judicial notice of these documents because they
8  are matters of public record. *See Lee v. City of Los Angeles*, 250 F.3d 668, 688-89 (9th Cir. 2001)
9  (holding that "under Fed. R. Evid. 201, a court may take judicial notice of 'matters of public
10 record'" when ruling on a Rule 12(b)(6) motion to dismiss); *see also MGIC Indem. Corp. v.*
11 *Weisman*, 803 F.2d 500, 504 (9th Cir. 1986).

12 Dated:  December 10, 2007          MORRISON & FOERSTER LLP

13
14                                           By:      /s/ James R. McGuire
                                                  James R. McGuire
15                                         Attorneys for Defendants CAPITAL ONE
                                        BANK and CAPITAL ONE SERVICES, INC.
16
17
18
19
20
21
22
23
24
25
26
27
28