UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL PRETRIAL MINUTES**

Date: December 10, 2007

Case No.   C 07-4599  MHP                Judge: MARILYN H. PATEL

Title: DAVID J. LEE -v- CAPITAL ONE BANK et al

Attorneys:  Plf: Matthew Hale
            Dft: James McGuire

Deputy Clerk:  Anthony Bowser   Court Reporter: Juanita Gonzales

**PROCEEDINGS**

1)   Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Underlying claims discussed; Court admonishes plaintiff/counsel re proliferation of lawsuits.