1  JAMES R. McGUIRE (CA SBN 189275)
   JMcGuire@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California  94105-2482
   Telephone: 415-268-7000
4  Facsimile:  415-268-7522

5  MELISSA JONES (CA SBN 205576)
   MJones@mofo.com
6  MORRISON @ FOERSTER LLP
   400 Capitol Mall, Suite 2600
7  Sacramento, California 95814
   Telephone: 916-448-3200
8  Facsimile:  916-448-3222

9  Attorneys for Defendants
   CAPITAL ONE BANK and
10 CAPITAL ONE SERVICES, INC.

11                 UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

| DAVID J. LEE, an individual and, On Behalf of All Others Similarly Situated, | Case No.   C-07-4599 MHP |
|---|---|
| Plaintiffs, | **CLASS ACTION** |
| v. | **NOTICE OF CONTINUANCE OF HEARING DATE ON DEFENDANTS' MOTION TO DISMISS FROM JANUARY 14, 2008 TO JANUARY 28, 2008** |
| CAPITAL ONE BANK, CAPITAL ONE SERVICES, INC. And DOES 1-100, inclusive, | |
| Defendants. | Hon. Marilyn H. Patel |
| | Complaint filed: Sept. 5, 2007 |

NOTICE OF CONTINUANCE OF HEARING DATE ON DEFENDANTS' MOTION TO DISMISS
CASE NO. C-07-4599 MHP
sf-2442164

Pursuant to Civil Local Rule 7-7, Defendants Capital One Bank and Capital One Services, Inc. hereby file this Notice of Continuance, continuing the scheduled hearing on Defendants' Motion to Dismiss from Monday, January 14, 2008 at 2:00 p.m. to **Monday, January 28, 2008 at 2:00 p.m.** in Courtroom 15, located at 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: December 21, 2007                MORRISON & FOERSTER LLP

                                        By:     /s/ Melissa A. Jones
                                                Melissa A. Jones

                                        Attorneys for Defendants
                                        CAPITAL ONE BANK and
                                        CAPITAL ONE SERVICES, INC.