1 | JAMES R. McGUIRE (CA SBN 189275)
JMcGuire@mofo.com
2 | MORRISON & FOERSTER LLP
425 Market Street
3 | San Francisco, California 94105-2482
Telephone: 415-268-7000
4 | Facsimile: 415-268-7522

5 | MELISSA JONES (CA SBN 205576)
MJones@mofo.com
6 | MORRISON @ FOERSTER LLP
400 Capitol Mall, Suite 2600
7 | Sacramento, California 95814
Telephone: 916-448-3200
8 | Facsimile: 916-448-3222

9 | Attorneys for Defendants
CAPITAL ONE BANK and
10 | CAPITAL ONE SERVICES, INC.

11 | UNITED STATES DISTRICT COURT

12 | NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. LEE, an individual and, On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL ONE BANK, CAPITAL ONE SERVICES, INC. And DOES 1-100, inclusive,<br><br>Defendants. | Case No.   C-07-4599 MHP<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON DEFENDANTS' MOTION TO DISMISS TO MARCH 3, 2008 AT 2:00 P.M. AND MODIFYING BRIEFING SCHEDULE**<br><br>Hon. Marilyn H. Patel<br><br>Complaint filed: Sept. 5, 2007 |

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON MTN TO DISMISS
AND MODIFYING BRIEFING SCHEDULE
CASE NO. C-07-4599 MHP
sf-2442113

1   Pursuant to Civil Local Rules 6-2 and 7-7(b) Defendants Capital One Bank and Capital
2   One Services, Inc. ("Defendants") and Plaintiff David Lee hereby stipulate to continue the
3   hearing date on Defendants' Motion to Dismiss scheduled for January 28, 2008, to March 3, 2008
4   at 2:00 p.m. and to modify the briefing schedule for the Opposition and Reply briefs.
5   WHEREAS, on December 21, 2007, Defendants filed a Notice of Continuance of
6   Hearing, moving the hearing on the Motion to Dismiss from January 14, 2008 to January 28,
7   2008;
8   WHEREAS, due to a miscalculation of the deadlines, Plaintiff failed to file the Opposition
9   to the Motion to Dismiss by January 7, 2008, as required by the Local Rules, and has not yet filed
10  the Opposition;
11  WHEREAS, Defendants will suffer prejudice if they are required to file a Reply by
12  January 14, 2008 (the deadline for a January 28, 2008 hearing) given that Defendants have not yet
13  received the Opposition from Plaintiff;
14  WHEREAS, the next date on which the parties are available for a hearing on the Motion
15  to Dismiss (on dates that the Court has availability for a hearing) is March 3, 2008;
16  WHEREAS, the parties agree that to remedy the filing error in a manner fair to both
17  parties, Plaintiff will file the Opposition to the Motion to Dismiss by January 28, 2008 and
18  Defendants will file a Reply by February 15, 2008;
19  IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the
20  Court, that the hearing on Defendants' Motion to Dismiss will be held on March 3, 2008 at 2:00
21  p.m., Plaintiff's Opposition will be due on January 28, 2008, and Defendants' Reply will be due
22  on February 15, 2008.

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON MTN TO DISMISS
AND MODIFYING BRIEFING SCHEDULE                                                                1
CASE NO. C-074599 MHP
sf-2442113

Dated: January 10, 2008    MORRISON & FOERSTER LLP

By: /s/ James R. McGuire
James R. McGuire

Attorneys for Defendants
CAPITAL ONE BANK and
CAPITAL ONE SERVICES, INC.

Dated: January 10, 2008    HALE & ASSOCIATES

By: /s/ [INSERT]
Matthew S. Hale

Attorneys for Plaintiff
DAVID J. LEE

I, James R. McGuire, am the ECF user whose ID and password are being used to file this Stipulation To Extend Time To Respond To Complaint. I hereby attest that Matthew S. Hale has concurred in this filing.

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED

Dated: _____

By: _____
The Honorable Marilyn Hall Patel
United States District Judge
STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON MTN TO DISMISS AND MODIFYING BRIEFING SCHEDULE
CASE NO. C-074599 MHP
sf-2442113

2