1  JAMES R. McGUIRE (CA SBN 189275)
   JMcGuire@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California  94105-2482
   Telephone: 415-268-7000
4  Facsimile:  415-268-7522

5  MELISSA JONES (CA SBN 205576)
   MJones@mofo.com
6  MORRISON @ FOERSTER LLP
   400 Capitol Mall, Suite 2600
7  Sacramento, California 95814
   Telephone: 916-448-3200
8  Facsimile:  916-448-3222

9  Attorneys for Defendants
   CAPITAL ONE BANK and
10 CAPITAL ONE SERVICES, INC.

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13

14

15 DAVID J. LEE, an individual and, On Behalf of    Case No.   C-07-4599 MHP
   All Others Similarly Situated,
16                                                 **CLASS ACTION**
                  Plaintiffs,
17                                                 **STIPULATION AND [PROPOSED]
         v.                                        ORDER CONTINUING HEARING
18                                                 DATE ON DEFENDANTS' MOTION
   CAPITAL ONE BANK, CAPITAL ONE                   TO DISMISS TO MARCH 3, 2008 AT
19 SERVICES, INC. And DOES 1-100, inclusive,       2:00 P.M. AND MODIFYING
                                                   BRIEFING SCHEDULE**
20                Defendants.
                                                   Hon. Marilyn H. Patel
21
                                                   Complaint filed: Sept. 5, 2007
22

23

24

25

26

27

28
   STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON MTN TO DISMISS
   AND MODIFYING BRIEFING SCHEDULE
   CASE NO. C-07-4599 MHP
   sf-2442113

1    Pursuant to Civil Local Rules 6-2 and 7-7(b) Defendants Capital One Bank and Capital
2  One Services, Inc. ("Defendants") and Plaintiff David Lee hereby stipulate to continue the
3  hearing date on Defendants' Motion to Dismiss scheduled for January 28, 2008, to March 3, 2008
4  at 2:00 p.m. and to modify the briefing schedule for the Opposition and Reply briefs.
5    WHEREAS, on December 21, 2007, Defendants filed a Notice of Continuance of
6  Hearing, moving the hearing on the Motion to Dismiss from January 14, 2008 to January 28,
7  2008;
8    WHEREAS, due to a miscalculation of the deadlines, Plaintiff failed to file the Opposition
9  to the Motion to Dismiss by January 7, 2008, as required by the Local Rules, and has not yet filed
10  the Opposition;
11    WHEREAS, Defendants will suffer prejudice if they are required to file a Reply by
12  January 14, 2008 (the deadline for a January 28, 2008 hearing) given that Defendants have not yet
13  received the Opposition from Plaintiff;
14    WHEREAS, the next date on which the parties are available for a hearing on the Motion
15  to Dismiss (on dates that the Court has availability for a hearing) is March 3, 2008;
16    WHEREAS, the parties agree that to remedy the filing error in a manner fair to both
17  parties, Plaintiff will file the Opposition to the Motion to Dismiss by January 28, 2008 and
18  Defendants will file a Reply by February 15, 2008;
19    IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the
20  Court, that the hearing on Defendants' Motion to Dismiss will be held on March 3, 2008 at 2:00
21  p.m., Plaintiff's Opposition will be due on January 28, 2008, and Defendants' Reply will be due
22  on February 15, 2008.

Dated: January 10, 2008                MORRISON & FOERSTER LLP

By:       /s/ James R. McGuire
          James R. McGuire

Attorneys for Defendants
CAPITAL ONE BANK and
CAPITAL ONE SERVICES, INC.

Dated: January 10, 2008                HALE & ASSOCIATES

By:       /s/ [INSERT]
          Matthew S. Hale

Attorneys for Plaintiff
DAVID J. LEE

I, James R. McGuire, am the ECF user whose ID and password are being used to file this Stipulation To Extend Time To Respond To Complaint. I hereby attest that Matthew S. Hale has concurred in this filing.

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED

Dated: January 11, 2008

By: _____
    Judge Marilyn H. Patel

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA*

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON MTN TO DISMISS AND MODIFYING BRIEFING SCHEDULE
CASE NO. C-074599 MHP
sf-2442113

2