Matthew S. Hale, Esq.
HALE & ASSOCIATES
Calif. State Bar No. 136690
45 Rivermont Drive
Newport News, VA 23601

Mailing Address:
P.O. Box 1951
Newport News, VA 23601

Telephone No. (757) 596-1143
E-Mail: matthale@verizon.net

Attorney for Plaintiff DAVID J. LEE

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. LEE, an individual and, on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK and CAPITAL ONE SERVICES, INC., Virginia corporations, DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: C-07-4599 - MHP<br><br>**PLAINTIFF'S NOTICE OF <u>ADMINISTRATIVE MOTION</u> AND MOTION FOR ENLARGEMENT OF PAGE LIMITS FOR BRIEFING OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>[Local Rule 7-11]<br><br>[MEMORANDUM OF POINTS & AUTHORITIES, DECLARATION OF MATTHEW S. HALE; AND PROPOSED ORDER, FILED CONCURRENTLY] |

1

**David J. Lee, et al. v. Capital One Bank, Inc. et al.,**
Plaintiff's Notice of Administrative Motion for Enlargement of Page Limit

TO DEFENDANTS CAPITAL ONE BANK and CAPITAL ONE SERVICES, INC. AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff will and does hereby submits this Motion requesting that the Court grant leave for Plaintiff to file his Opposition to the Defendants' Motion to Dismiss in excess of the twenty-five (25) page limit by six (6) pages.

Pursuant to Local Rule 7-11, this Administrative Motion is made on the grounds that Defendants' Motion to Dismiss involves numerous complex legal issues that necessitate the Reply to exceed the twenty-five (25) page limit. The Court and the parties would be best served by allowing the Plaintiff to file his Opposition six (6) pages in excess of the relevant page limit, so that all the legal issues may be adequately addressed.

Prior to the filing of this Motion, Plaintiff's counsel sought out the consent of the Defendants' counsel to exceed, by six (6) pages, the relevant page limit in connection with the filing of his client's Opposition to the Defendants' Motion to Dismiss. In response, Defense counsel advised the Plaintiff's attorney, by e-mail, that the Defendants would not oppose the Plaintiff's request for extra pages. (See Declaration of Matthew S. Hale, ¶¶ 4 & 5, Exhibits 1 & 2.)

This Motion is based upon this Notice and Motion, the attached Memorandum of Points & Authorities, the Declaration of Matthew S. Hale, and the pleadings, records, and files in this action, and any such additional evidence and argument as the Court may consider.

Dated: January 24, 2008

Respectfully submitted,



By: _____
Matthew S. Hale, Esq.
Counsel for Plaintiff,
David J. Lee

1