1  Matthew S. Hale, Esq.
   HALE & ASSOCIATES
2  Calif. State Bar No. 136690
   45 Rivermont Drive
3  Newport News, VA 23601

4  Mailing Address:
   P.O. Box 1951
5  Newport News, VA 23601

6  Telephone No. (757) 596-1143
   E-Mail: matthale@verizon.net
7
   Attorney for Plaintiff DAVID J. LEE
8
              **UNITED STATES DISTRICT COURT**
9
         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10

11
   DAVID J. LEE, an individual and, on      ) Case No.: C-07-4599 - MHP
12 behalf of others similarly situated,     )
                                            ) **PLAINTIFF'S MEMORANDUM OF**
13                                          ) **POINTS & AUTHORITIES, FILED IN**
              Plaintiff,                    ) **SUPPORT PLAINTIFF'S**
14                                          ) **ADMINISTRATIVE MOTION FOR**
         vs.                                ) **ENLARGEMENT OF PAGE LIMITS FOR**
15                                          ) **BRIEFING OF PLAINTIFF'S**
                                            ) **OPPOSITION TO DEFENDANTS'**
16 CAPITAL ONE BANK and CAPITAL             ) **MOTION TO DISMISS**
   ONE SERVICES, INC., Virginia             )
17 corporations, DOES 1 through 100,        ) **[ADMINISTRATIVE MOTION;**
   inclusive,                               ) **DECLARATION OF MATTHEW S.**
18                                          ) **HALE; AND PROPOSED ORDER, FILED**
                                            ) **CONCURRENTLY]**
19                                          )
              Defendants.                   )
20                                          )
                                            )
21                                          )
                                            )
22

23

24

25

                                   1

**David J. Lee, et al. v. Capital One Bank, Inc. et al.,**
Plaintiff's Memorandum of Points & Authorities,
Filed in Support of Plaintiff's Motion for Enlargement of Page Limit

# I.
## Summary of Argument

Pursuant to Local Rule 7-11, Plaintiff hereby respectfully submits the instant Administrative Motion (the "Motion") for leave to exceed, by six (6) pages, the twenty-five (25) page limit specified for briefs in Local Rule 7-4(b). Based on good cause, Plaintiff seeks an Order granting Plaintiff leave to file his Opposition to Defendants' Motion to Dismiss in excess of the page limits specified by the Local Rules.

Good cause exists for Plaintiff to file an Opposition in excess of Local Rule 7-4(b)'s page limit because the Defendants' Motion to Dismiss involves numerous complex legal issues. In addition, the Plaintiff's need to address the Court's recent decision in <u>Lee v. American Express Travel Related Services Company, Inc</u>. Case No. CV-07-4765 (CRB) (N.D. Cal. Dec. 6, 2007), necessitates extra pages.

Plaintiff believes that the Court and the parties would be best served by allowing the Plaintiff to file his Opposition to the Defendants' Motion to Dismiss in excess of the twenty-five (25) page limit, so that all the legal issues may be adequately addressed.

Prior to the filing of this Motion the Plaintiff sought out the consent of the Defendants' counsel to exceed that page limit relative to the filing of his Opposition to the Defendants' Motion to Dismiss. In response, Defense counsel advised the Plaintiff's attorney, by e-mail, that the Defendants would not oppose the Plaintiff's request for extra pages. (See Declaration of Matthew S. Hale, ¶¶ 4 & 5, Exhibits 1 & 2.)

///

///

///

1

**David J. Lee, et al. v. Capital One Bank, Inc. et al.,**
**Plaintiff's Memorandum of Points & Authorities,**
**Filed in Support of Plaintiff's Motion for Enlargement of Page Limit**

## II.
### The Court has the Discretion to Enlarge the Number of Pages Permitted by the Local Rules Relative to the Size of a Party's Brief

Local Rule 7-11 affords the District Court great leeway when a party seeks a routine order *(e.g.,* to file an overlong brief or to shorten the time within which a motion may be brought). Even so, the application ought properly to be addressed to the *need* to exceed the page limit or for shortened time, rather than to the substance of the motion itself. (See <u>In Re: Intermagnetics America, Inc.</u> (CD CA 1989) 101 BR 191, 194)

## III.
### Conclusion

Based upon the foregoing facts and authorities, this Honorable Court is respectfully requested to grant the Plaintiff an additional six (6) pages to respond to the Defendants' Motion to Dismiss.

Dated: January 24, 2008                             Respectfully submitted,



By: _____
Matthew S. Hale, Esq.
Counsel for Plaintiff,
David J. Lee

<u>David J. Lee, et al. v. Capital One Bank, Inc. et al.,</u>
Plaintiff's Memorandum of Points & Authorities,
Filed in Support of Plaintiff's Motion for Enlargement of Page Limit