Matthew S. Hale, Esq.
HALE & ASSOCIATES
Calif. State Bar No. 136690
45 Rivermont Drive
Newport News, VA 23601

Mailing Address:
P.O. Box 1951
Newport News, VA 23601

Telephone No. (757) 596-1143
E-Mail: matthale@verizon.net

Attorney for Plaintiff DAVID J. LEE

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID J. LEE, an individual and, on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK and CAPITAL ONE SERVICES, INC., Virginia corporations, DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: C-07-4599 - MHP<br><br>**DECLARATION OF MATTHEW S. HALE, FILED IN SUPPORT OF ADMINISTRATIVE MOTION FOR ENLARGEMENT OF PAGE LIMITS FOR BRIEFING OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>[ADMINISTRATIVE MOTION; MEMORANDUM OF POINTS & AUTHORITIES FILED IN SUPPORT THEREOF; AND PROPOSED ORDER, FILED CONCURRENTLY] |

1

I, Matthew S. Hale, declare as follows:

1. I am counsel of record for Plaintiff David J. Lee, in the above-captioned action and a member in good standing with the State Bar of California.

2. I have personal knowledge of all facts set forth in this Declaration and, if called as a witness, I could and would testify competently to such facts under oath.

3. This Declaration is made in support of Plaintiff's Administrative Motion For Enlargement Of Page Limits For Briefing Of Plaintiff's Opposition To Defendants' Motion To Dismiss (the "Motion").

4. On December 20th 2007 I contacted Defense counsel James McGuire by e-mail and requested a six (6) page extension, beyond of Local Rule 7-4(b)'s twenty-five (26) page limit relative to my preparation of the Plaintiffs' Opposition to the Defendants' Motion to Dismiss. (See Exhibit 1)

5. Thereafter, Mr. McGuire promptly responded by e-mail and indicated to me that "we do not oppose your request for a few additional pages and you may so represent to the Court." (See Exhibit 2)

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 24th day of January 2008 in Newport News, Virginia.



By: _____
Matthew S. Hale, Esq.
Counsel for Plaintiffs

1

**Subject:** Page Extension
**From:** Matt Hale <matthale@verizon.net>
**Date:** Thu, 20 Dec 2007 13:53:51 -0500
**To:** "McGuire, James R." <JMcGuire@mofo.com>
**CC:** "Jones, Melissa A." <MJones@mofo.com>

```
James:

    I need an extra six (6) pages for my opposition brief. Would you stipulate to
sign a consent order for the additional pages? I will of course reciprocate when
the time comes you need a few extra pages.

Regards,

Matt Hale
```

**Subject:** Lee v. Capital One
**From:** "McGuire, James R." <JMcGuire@mofo.com>
**Date:** Thu, 20 Dec 2007 18:51:50 -0800
**To:** matthale@verizon.net
**CC:** "Jones, Melissa A." <MJones@mofo.com>

Matt:

I got your message on your planned ex parte request. As indicated, we do not oppose your request for a few additional pages and you may so represent to the Court. I do not have the rule book handy, but I think this is generally done by way of a "miscellaneous administrative request" per the local rules.

On the hearing date, do you have a particular objection to us moving it out by two weeks? I saw your message back to Melissa. While it is true that we could have known when our reply would be due when we filed our motion, it is also true that plans change and hindsight is 20-20. We have determined that preparing our brief between Christmas and New Years is problematic for several reasons and simply not necessary. We are not trying to inconvenience you in any way--to the contrary all of the additional time will be allocated to your brief. If there is something we are missing please let us know. We will otherwise exercise our right under the local rules to continue the hearing.

Of course, if you would like to discuss this matter by phone you can reach me in my office tommorrow.

Thank you for your continued cooperation and courtesy.

Regards,

James McGuire

(via BlackBerry)

==========================================================================

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230.html

==========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.
==========================================================================