Matthew S. Hale, Esq.
HALE & ASSOCIATES
Calif. State Bar No. 136690
45 Rivermont Drive
Newport News, VA 23601

Mailing Address:
P.O. Box 1951
Newport News, VA 23601

Telephone No. (757) 596-1143
E-Mail: matthale@verizon.net

Attorney for Plaintiff DAVID J. LEE

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. LEE, an individual and, on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK and CAPITAL ONE SERVICES, INC., Virginia corporations, DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: C-07-4599 - MHP<br><br>**PLAINTIFF'S [PROPOSED] ORDER RE: PLAINTIFF'S <u>ADMINISTRATIVE MOTION</u> FOR ENLARGEMENT OF PAGE LIMITS FOR BRIEFING OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>[Local Rule 7-11]<br><br>[NOTICE OF MOTION AND MOTION; MEMORANDUM OF POINTS & AUTHORITIES; AND DECLARATION OF MATTHEW S. HALE] |

1

<u>David J. Lee, et al. v. Capital One Bank, Inc. et al.,</u>

1

After considering Plaintiff's Administrative Motion for Administrative Motion For Enlargement Of Page Limits For Briefing Of Plaintiff's Opposition To Defendants' Motion To Dismiss, IT IS HEREBY ORDERED that:

1. Plaintiff shall be granted leave to file his Opposition to the Defendants' Motion to Dismiss six (6) pages in excess of the limits specified by Local Rule 7-4(b).

DATED: January ___, 2008

By: _____
      Honorable Marilyn H. Patel
      U.S. District Court Judge

1

**David J. Lee, et al. v. Capital One Bank, Inc. et al.,**