**Matthew S. Hale, Esq.**
**HALE & ASSOCIATES**
**Calif. State Bar No. 136690**
**45 Rivermont Drive**
**Newport News, VA 23601**

**Mailing Address:**
**P.O. Box 1951**
**Newport News, VA 23601**

**Telephone No. (757) 596-1143**
**E-Mail: matthale@verizon.net**

**Attorney for Plaintiffs, DAVID J. LEE and**
**DANIEL R. LLOYD**

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DAVID J. LEE, as individuals and, on behalf of others similarly situated,**<br><br>     **Plaintiffs,**<br><br>     vs.<br><br>**CAPITAL ONE BANK and CAPITAL ONE SERVICES, INC. Virginia corporations, and DOES 1, through 100, inclusive,**<br><br>     **Defendants.** | Case No.: C 07-4732 MJJ<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE**<br><br>[MEMORANDUM OF POINTS & AUTHORITIES, AND PROPOSED ORDER, FILED CONCURRENTLY]<br><br>DATE:  March 3, 2008<br>TIME:   2:00 p.m.<br>CTRM:  15<br>          18th Floor<br>          450 Golden Gate Ave.<br>          San Francisco, Ca. 94102 |

<u>David Lee, et al. vs. Chase Manhattan Bank U.S.A., N.A., et al.</u>
**Plaintiffs' Request for Judicial Notice**

Plaintiff, David J. Lee, requests that this Court, pursuant to Fed.R.Evid. 201, take judicial notice of five (5) documents: (1) the Complaint filed in Lee v. American Express Travel Related Services Company, Inc., docket number C-07-4765 (CRB) (N.D. Cal. Sept. 9, 2007) (Exhibit "A" hereto, includes Exhibits 17, 18, 19, 28, 29, and 30 only); (2) the hearing transcript relative to the Defendants' motion to dismiss in Lee v. American Express Travel Related Services Company, Inc. argued before Judge Charles H. Breyer on Friday, November 30th 2007 (Exhibit "B" hereto); (3) Plaintiff's Notice of Appeal filed in Lee v. American Express Travel Related Services Company, Inc., docket number C-07-4765 (CRB) (N.D. Cal. Sept. 9, 2007) (Exhibit "C" hereto); (4) a copy of a screen from Capital One's official web site entitled "Capital One ® Platinum Credit Cards 'disclosure,'" that can be found at the following URL: http://www.capitalone.com/creditcards/products/10279/14/index.php?linkid=WWW_Z_Z_tg04a_CCOMP_C1_01_T_CP27914  (Exhibit "D" hereto); and (5) a copy of a screen from Capital One's official web site entitled "Platinum MasterCard ® Cardholder Benefits," that can be found at the following URL:http://www.capitalone.com/creditcards/pdfs/MC_Platinum.pdf?linkid=WWW_Z_Z_v1_CP27914_C1_03_T_BGUIMC. (Exhibit "E" hereto)

The grounds for this motion are that they are necessary for the Court of evaluate the the reasons for the dismissal of the Plaintiffs' case in Lee v. American Express Travel Related Services Company, Inc., docket number C-07-4765 (CRB) (N.D. Cal. Sept. 9, 2007), of which the Defendants have asked this Court to take judicial notice. In addition, since the issue of whether the Plaintiffs have appealed from the dismissal of their case in Lee v. American Express Travel Related Services Company, Inc., docket number C-07-4765 (CRB) (N.D. Cal. Sept. 9, 2007) has direct bearing on the Defendants' collateral estoppel argument, Plaintiff believes judicial notice of his appeal should be taken. Lastly, Plaintiff requests the Court take judicial

**David Lee, et al. vs. Chase Manhattan Bank U.S.A., N.A., et al.**
**Plaintiffs' Request for Judicial Notice**

notice of certain admissions made by the Defendants' on their web site relative to the "convenient service" aspect of their credit cards to bolster his argument vis-à-vis the holding of <u>Hitz v. First Interstate Bank</u>, 38 Cal.App.4th 274, 286, 44 Cal.Rptr.2d 890 (1995).

The Court is advised that none of the documents in question are subject to any reasonable dispute, in that they are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned, this is because they are either depicted on the Defendants' own official website, www.capitalone.com, or contained in files held by the clerk for the U.S. District Court for the Northern District in San Francisco.

Dated: January 25, 2008                                    Respectfully submitted,



By: _____
Matthew S. Hale, Esq.
Counsel for Plaintiff,
David J. Lee

<u>David Lee, et al. vs. Chase Manhattan Bank U.S.A., N.A., et al.</u>
**Plaintiffs' Request for Judicial Notice**