# Exhibit C

1  Matthew S. Hale, Esq.
   HALE & ASSOCIATES
2  Calif. State Bar No. 136690
   45 Rivermont Drive
3  Newport News, VA 23601

4  Mailing Address:
   P.O. Box 1951
5  Newport News, VA 23601

6  Telephone No. (757) 596-1143
   E-Mail: matthale@verizon.net
7
   Attorney for Plaintiffs, DAVID J. LEE and
8  DANIEL R. LLOYD

9              UNITED STATES DISTRICT COURT
10
11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12
   DAVID J. LEE, and DANIEL R.         )  Case No.: C-07-4765 CRB
13 LLOYD, as individuals and, on       )
   behalf of others similarly situated,)  NOTICE OF APPEAL TO THE
14                                     )  UNITED STATES COURT OF
                                       )  APPEAL FOR THE NINTH
15         Plaintiffs,                 )  CIRCUIT
                                       )
16     vs.                             )
                                       )
17                                     )  [REPRESENTATION STATEMENT
                                       )  AND CIVIL APPEALS
18 AMERICAN EXPRESS TRAVEL             )  DOCKETING STATEMENT,
   RELATED SERVICES, INC., a New       )  FILED CONCURRENTLY]
19 York corporation, AMERICAN          )
   EXPRESS CENTURION BANK, a           )
20 Utah corporation, AMERICAN          )
   EXPRESS BANK, FSB, a Utah           )
21 corporation,  and DOES 1, through   )
   100, inclusive,                     )
22                                     )
                                       )
23                                     )
                                       )
24         Defendants.                 )
                                       )
25 _____

**David J. Lee et al. v. American Express Travel Related Services, Inc., et al.,**
**Plaintiffs/Appellant's Notice of Appeal**

DAVID J. LEE and DANIEL R. LLOYD the Plaintiffs/Appellants herein, appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment of the District Court, entered in this case on December 6, 2007 (Docketed as No. 35 on December 6, 2007) granting the Defendants' motion to dismiss the Plaintiffs' complaint.

There are no related cases in connection with this appeal.

Dated: December 28, 2007                    Respectfully submitted,


/s/
_____
Matthew S. Hale, Counsel
For Plaintiffs/Appellants

# **PROOF OF SERVICE**

I am employed in the City of Newport News, Virginia. I am over the age of eighteen (18) and not a party to the within action; my business address is P.O. Box 1951, Newport News, VA 23601.

On Friday, December 28, 2007, I caused to be served by Federal Express overnight courier the foregoing documents: (1) Notice of Appeal to the United States Court of Appeal for the Ninth Circuit, (2) Representation Statement, and (3) Civil Appeals Docketing Statement.

The foregoing documents were served on:

**Julia B. Strickland**
**Stroock & Stroock & Lavan, L.L.P.**
**2029 Century Park East**
**Los Angeles, CA 90067-3086**
**(310) 556-5806**
**jstrickland@stroock.com.**

I declare under penalty of perjury, penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on the 28th day of December 2007 in Newport News, Virginia.

/S/

_____
Matthew S. Hale, Esq.

**David J. Lee et al. v. American Express Travel Related Services, Inc., et al.,**
**Plaintiffs/Appellant's Notice of Appeal**