# Exhibit D

Capital One Home | Find Products | Account Access | Customer Service | View product for ZIP: 94904

what's in your wallet?®

Browse Our Credit Cards   Apply For A Mail Offer   See If You're Pre-Qualified   Image Card   Card Lab

# Capital One® Platinum

**Overview**   Disclosures

0% on purchases until June 2008
$0 transfer fees
$39 Annual Fee
$0 fraud liability for unauthorized use if your card is lost or stolen



| Purchase APR | Annual Fee | Transfer APR | Security Deposit | Credit Limit |
|---|---|---|---|---|
| 0% until June 2008; after that, variable (currently 8.4%) | $39 | Variable, currently 8.4% | None | $300-$3,000◊ |

 **Apply now for the Platinum Card**
for individuals with Credit That Needs Some Improvement 🔳 or Limited Credit History. 🔳

**Additional Benefits**
24-hour Roadside Assistance with lock-out service, towing, and flat repair
$100,000 Worldwide Automatic Travel Accident Insurance
Collision, Damage, and Loss Insurance on rental cars
Emergency card replacement or cash advance if your card is lost or stolen

View the **Complete Guide to Benefits** for this Platinum MasterCard®

 Choose your must-have card options. **Build a Card**   OR    See if you're pre-qualified. **Get Card Offers**   OR    Check out our most popular options. **Browse**

 Once your card arrives, use your own image to make it unique with Capital One Image Card. **Find Out How**

◊ **See important disclosures** for more information.

About Capital One | Investors | Press | Careers | Financial Education | Capital One Home   Capital One Worldwide: Canada | UK

Capital One does not provide, endorse, nor guarantee and is not liable for third party products, services, educational tools, or other information available through this site. Read additional disclosures.

MEMBER FDIC 
Equal Housing Lender

Site Map | Privacy | Security | Terms and Conditions

This site provides information about and access to financial services offered by the Capital One family of companies, including Capital One Bank and Capital One, N.A., members FDIC.