**Matthew S. Hale, Esq.**
**HALE & ASSOCIATES**
**Calif. State Bar No. 136690**
**45 Rivermont Drive**
**Newport News, VA 23601**

**Mailing Address:**
**P.O. Box 1951**
**Newport News, VA 23601**

**Telephone No. (757) 596-1143**
**E-Mail: matthale@verizon.net**

**Attorney for Plaintiffs, DAVID J. LEE**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID J. LEE, as individuals and, on behalf of others similarly situated,**<br><br>    **Plaintiffs,**<br><br>  vs.<br><br>**CAPITAL ONE BANK and CAPITAL ONE SERVICES, INC. Virginia corporations, and DOES 1, through 100, inclusive,**<br><br>    **Defendants.** | Case No.: C 07-4732 MJJ<br><br>**PLAINTIFF'S MEMORANDUM OF POINTS & AUTHORITIES, FILED IN SUPPORT OF PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**<br><br>[REQUEST FOR JUDICIAL NOTICE AND PROPOSED ORDER, FILED CONCURRENTLY]<br><br>DATE:  March 3, 2008<br>TIME:   2:00 p.m.<br>CTRM:  15<br>       18th Floor<br>       450 Golden Gate Ave.<br>       San Francisco, Ca. 94102 |

<u>**David Lee, et al. vs. Chase Manhattan Bank U.S.A., N.A., et al.**</u>
**Plaintiffs' Memorandum of Points & Authorities, Filed in Support of Request for Judicial Notice**

## MEMORANDUM OF POINTS & AUTHORITIES

This Court may, pursuant to Fed.R.Ev. 201, take judicial notice of the files and records of cases filed in the United States District Courts. <u>Reyn's Pasta Bella, LLC v. Visa USA, Inc.</u>, 442 F.3d 741, 746 (9th Cir. 2006). The documents for which judicial notice are sought are of two varieties. The first, are a series of documents filed in <u>Lee v. American Express Travel Related Services Company, Inc</u>., docket number C-07-4765 (CRB) (N.D. Cal. September 9, 2007). The second category of document consists of a webpage from the Defendants' official website: http://www.capitalone.com/.

Judicial notice of these documents is required in order for this Court to be fully apprised of the Plaintiffs' legal arguments in <u>Lee v. American Express Travel Related Services Company, Inc</u>., and the rationale for Judge Breyer's decision in that case, as well of the Court to take notice of the Plaintiffs' pending appeal in that case. As for the Defendants' webpage, judicial notice of that document is sought to apprise the Court of certain admissions made by the Defendants that their credit cards provide a "convenient service" illustrated by the California Court of Appeals in <u>Hitz v. First Interstate Bank</u>, 38 Cal.App.4th 274, 286, 44 Cal.Rptr.2d 890 (1995).

Based upon the forgoing facts and authority the Court is respectfully requested to take Judicial Notice of (1) the Complaint filed in <u>Lee v. American Express Travel Related Services Company, Inc</u>., docket number C-07-4765 (CRB) (N.D. Cal. Sept. 9, 2007); (2) the hearing transcript relative to the Defendants' motion to dismiss in <u>Lee v. American Express Travel Related Services Company, Inc</u>. argued before Judge Charles H. Breyer on Friday, November 30th 2007; (3) Plaintiff's Notice of Appeal filed in <u>Lee v. American Express Travel Related Services Company, Inc</u>., docket number C-07-4765 (CRB) (N.D. Cal. Sept. 9, 2007); (4) a copy

**David Lee, et al. vs. Chase Manhattan Bank U.S.A., N.A., et al.**
**Plaintiffs' Memorandum of Points & Authorities, Filed in Support of Request for Judicial Notice**

of a screen from Capital One's official web site entitled "Capital One ® Platinum Credit Cards 'disclosure'" that can be found at the following URL: http://www.capitalone.com/creditcards/products/10279/14/index.php?linkid=WWW_Z_Z_tg04a_CCOMP_C1_01_T_CP27914; and (5) a copy of a screen from Capital One's official web site entitled "Platinum MasterCard ® Cardholder Benefits" that can be found at the following URL:http://www.capitalone.com/creditcards/pdfs/MC_Platinum.pdf?linkid=WWW_Z_Z_v1_CP 27914 _C1_03_T_BGUIMC.

Dated: January 25, 2008                                              Respectfully submitted,



By: _____
     Matthew S. Hale, Esq.
     Counsel for Plaintiffs,
     David J. Lee