Matthew S. Hale, Esq.
HALE & ASSOCIATES
Calif. State Bar No. 136690
45 Rivermont Drive
Newport News, VA 23601

Mailing Address:
P.O. Box 1951
Newport News, VA 23601

Telephone No. (757) 596-1143
E-Mail: matthale@verizon.net

Attorney for Plaintiffs, DAVID J. LEE

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. LEE, as individuals and, on behalf of others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CAPITAL ONE BANK and CAPITAL ONE SERVICES, INC. Virginia corporations, and DOES 1, through 100, inclusive,<br><br>　　　　Defendants. | Case No.: C 07-4732 MJJ<br><br>**[PROPOSED] ORDER RE: REQUEST FOR JUDICIAL NOTICE** |

**David Lee, et al. vs. Chase Manhattan Bank U.S.A., N.A., et al.**

**ORDER**

After considering the written submissions of counsel, and all other matters presented to the Court, relative to the request for judicial notice, pursuant to Fed.R.Evid. 201, filed by Plaintiffs, David J. Lee, and Daniel R. Lloyd, IT IS HEREBY ORDERED that:

Plaintiffs' Motion is GRANTED, and that Court shall take judicial notice of the following: (1) the Complaint filed in <u>Lee v. American Express Travel Related Services Company, Inc</u>., docket number C-07-4765 (CRB) (N.D. Cal. Sept. 9, 2007); (2) the hearing transcript relative to the Defendants' motion to dismiss in <u>Lee v. American Express Travel Related Services Company, Inc</u>. argued before Judge Charles H. Breyer on Friday, November 30th 2007; (3) Plaintiff's Notice of Appeal filed in <u>Lee v. American Express Travel Related Services Company, Inc.</u>, docket number C-07-4765 (CRB) (N.D. Cal. Sept. 9, 2007); (4) a copy of a screen from Capital One's official web site entitled "Capital One ® Platinum Credit Cards 'disclosure'" that can be found at the following URL: http://www.capitalone.com/creditcards/products/10279/14/index.php?linkid=WWW_Z_Z_tg04a_CCOMP_C1_01_T_CP27914; and (5) a copy of a screen from Capital One's official web site entitled "Platinum MasterCard ® Cardholder Benefits" that can be found at the following URL:http://www.capitalone.com/creditcards/pdfs/MC_Platinum.pdf?linkid=WWW_Z_Z_v1_CP 27914 _C1_03_T_BGUIMC.

DATED:    January ___, 2008

By: _____
    Hon. Marilyn H. Patel
    Judge U.S. District Court
    Northern Dist. California

**David Lee, et al. vs. Chase Manhattan Bank U.S.A., N.A., et al**.