1  Matthew S. Hale, Esq.
   HALE & ASSOCIATES
2  Calif. State Bar No. 136690
   45 Rivermont Drive
3  Newport News, VA 23601

4  Mailing Address:
   P.O. Box 1951
5  Newport News, VA 23601

6  Telephone No. (757) 596-1143
   E-Mail: matthale@verizon.net
7
   Attorney for Plaintiff, DAVID J. LEE
8

9              UNITED STATES DISTRICT COURT
10
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12 DAVID J. LEE, individually and on behalf  )   Case No.: C-07-4599 - MHP
   of others similarly situated,             )
13                                            )
                                              )
14         Plaintiffs,                        )   PLAINTIFF'S OPPOSITION TO
                                              )   DEFENDANTS' MOTION TO DISMISS
15    vs.                                     )   AND FOR JUDGMENT ON THE
                                              )   PLEADINGS
16                                            )
                                              )
17 CAPITAL ONE BANK and CAPITAL               )   DATE:  March 3, 2008
   ONE SERVICES, INC., Virginia               )   TIME:  2:00 p.m.
18 corporations, DOES 1 through 100,          )   CTRM:  15
   inclusive,                                 )          18th Floor
19                                            )          450 Golden Gate Ave.
                                              )          San Francisco, Ca. 94102
20                                            )
                                              )
21         Defendants.                        )
                                              )
22                                            )
                                              )
23                                            )
                                              )
24 _____)

25

26

27

28
                                    1
   **David Lee. vs. Capital One Bank, et al.**
   **Plaintiff's Opposition To Defendants' Motion To Dismiss**
   **And For Judgment On The Pleadings**

TO DEFENDANTS AND THEIR ATTORNEY OF RECORD:

Please take notice that Plaintiff, David J. Lee, opposes the Defendants' Motion to Dismiss and for Judgment on the Pleadings on the grounds that:

1. Plaintiff's action is not, as a matter of law, collaterally estopped by <u>Lee v. American Express Travel Related Services, Inc.</u>, Case No. CV-07-4765 (CRB)(N.D. Cal. December 6, 2007) ("<u>American Express</u>");

2. Plaintiff has suffered a redressible injury caused by Defendants' practices;

3. Not receiving the full value of the cardmember agreement and thereby not receiving that for which Plaintiff paid – in this instance, an enforceable right to mandatory arbitration – is an injury in fact;

4. Arbitration is not a prerequisite for Plaintiff's standing;

5. The violation of Plaintiff's California statutory right to not have unconscionable terms inserted in his contracts provides an independent injury and source of standing;

6. California's Consumer Legal Remedies Act, even if it does not cover "credit," nonetheless covers Capital One's credit cards;

7. Plaintiff has standing under the Consumer Legal Remedies Act in that he has been "damaged" by Capital One's violation of his statutory right to not have unconscionable terms inserted in his contracts;

8. Capital One Services, Inc. is a proper party-defendant;

9. Plaintiff's Unfair Competition Law claims do not fail as a matter of law; and,

10. The Complaint meets the specificity requirements of Fed.R.Civ.P. 9.

**David Lee. vs. Capital One Bank, et al.**
**Plaintiff's Opposition To Defendants' Motion To Dismiss**
**And For Judgment On The Pleadings**

1  The Court is respectfully referred to the accompanying memorandum of points and
2  authorities, request for judicial notice, and Plaintiff's Complaint in support of this Opposition.

3
4  Dated:   January 28, 2008                              Respectfully submitted,

                                                          _____/s/_____
                                                          Matthew S. Hale
                                                          Attorney for Plaintiff

**David Lee. vs. Capital One Bank, et al.**
**Plaintiff's Opposition To Defendants' Motion To Dismiss**
**And For Judgment On The Pleadings**