1 | Matthew S. Hale, Esq.
　 | HALE & ASSOCIATES
2 | Calif. State Bar No. 136690
　 | 45 Rivermont Drive
3 | Newport News, VA 23601

4 | Mailing Address:
　 | P.O. Box 1951
5 | Newport News, VA 23601

6 | Telephone No. (757) 596-1143
　 | E-Mail: matthale@verizon.net
7
　 | Attorney for Plaintiff DAVID J. LEE
8

### UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. LEE, an individual and, on behalf of others similarly situated, | Case No.: C-07-4599 - MHP |
| Plaintiff, | PLAINTIFF'S [PROPOSED] ORDER RE: PLAINTIFF'S ADMINISTRATIVE MOTION FOR ENLARGEMENT OF PAGE LIMITS FOR BRIEFING OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS |
| vs. | |
| CAPITAL ONE BANK and CAPITAL ONE SERVICES, INC., Virginia corporations, DOES 1 through 100, inclusive, | [Local Rule 7-11]<br><br>[NOTICE OF MOTION AND MOTION; MEMORANDUM OF POINTS & AUTHORITIES; AND DECLARATION OF MATTHEW S. HALE] |
| Defendants. | |

1

David J. Lee, et al. v. Capital One Bank, Inc. et al.,

After considering Plaintiff's Administrative Motion for Administrative Motion For Enlargement Of Page Limits For Briefing Of Plaintiff's Opposition To Defendants' Motion To Dismiss, IT IS HEREBY ORDERED that:

1. Plaintiff shall be granted leave to file his Opposition to the Defendants' Motion to Dismiss six (6) pages in excess of the limits specified by Local Rule 7-4(b).

DATED: January 24, 2008

By: _____
Honorable Marilyn H. Patel
U.S. District Court Judge

1

**David J. Lee, et al. v. Capital One Bank, Inc. et al.,**