**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: March 3, 2008

Case No.   C 07-4599  MHP            Judge: MARILYN H. PATEL

Title: DAVID J. LEE -v- CAPITAL ONE BANK et al

Attorneys:  Plf:  Matthew Hale
            Dft: James McGuire, Melissa Jones

Deputy Clerk:  Anthony Bowser   Court Reporter: Connie Kuhl

**PROCEEDINGS**

1)   Defendant's Motion to Dismiss

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion; Court to issue order.