IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID J. LEE,                                No. CV 07-04599 MHP ,

       Plaintiff,

  v.                                **JUDGMENT IN A CIVIL CASE**

CAPITAL ONE BANK,

       Defendant.
_____/

    **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

      **IT IS SO ORDERED AND ADJUDGED** that defendants' motion to dismiss is granted.


Dated: 3/5/2008                          Richard W. Wieking, Clerk

                                 By: Anthony Bowser
                                 Deputy Clerk