1   Matthew S. Hale, Esq.
    HALE & ASSOCIATES
2   Calif. State Bar No. 136690
    45 Rivermont Drive
3   Newport News, VA 23601

4   Mailing Address:
    P.O. Box 1951
5   Newport News, VA 23601

6   Telephone No. (757) 596-1143
    E-Mail: matthale@verizon.net
7
    Attorney for Plaintiff DAVID J. LEE
8
                          UNITED STATES DISTRICT COURT
9
                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11

12                                          )   Case No.: C-07-4599 - MHP
                                            )
13   DAVID J. LEE, an individual and, on    )   REPRESENTATION STATEMENT
     behalf of others similarly situated,   )
14                                          )
                                            )
15            Plaintiff,                     )   [NOTICE OF APPEAL, AND CIVIL
                                            )   APPEALS DOCKETING STATEMENT,
16   vs.                                     )   AND NOTICE OF INTENT TO
                                            )   DESIGNATE PORTIONS OF COURT
17                                          )   TRANSCRIPT AND STATEMENT OF
     CAPITAL ONE BANK and CAPITAL           )   ISSUES, FILED CONCURRENTLY]
18   ONE SERVICES, INC., Virginia           )
     corporations, DOES 1 through 100,      )
19   inclusive,                             )
                                            )
20                                          )
                                            )
21            Defendants.                    )
                                            )
22                                          )
                                            )
23   _____        )

24

25
                                             1

     David J. Lee v. Capital One Bank, Inc. et al.,
     Representation Statement

The undersigned represents David J. Lee, Plaintiff/Appellant in this matter, and no other parties. Attached is a service list that shows all of the parties to the action below, and identifies their counsel by name, firm, addresses, and telephone number, where appropriate. (F.R.A.P. 12(b); Circuit Rule 3-2(b).)

Dated: April 2, 2008                    Respectfully submitted,

_____
Matthew S. Hale, Counsel
For Plaintiff/ Appellant

2

**David J. Lee v. Capital One Bank, Inc. et al.,**
**Representation Statement**

## Service List

Plaintiff/Appellant David J. Lee is represented by attorney Matthew S. Hale of the Hale & Associates. Mr. Hale's mailing address is P.O. Box 1951, Newport News, Virginia 23601. The physical address of Mr. Hale's office is 45 Rivermont Drive, Newport News, Virginia, 23601. His telephone number is (757) 596-1143. His e-mail address is matthale@verizon.net.

Defendants/Appellees, Defendants Capital One Bank and Capital One Services, Inc., are represented by attorney Mr. James McGuire of the law firm of Morrison & Foerster, L.L.P., which is located at 425 Market Street, San Francisco, CA 94105. His telephone number is (415) 268-7013. Mr. McGuire's e-mail address is JMcGuire@mofo.com.

3

**David J. Lee v. Capital One Bank, Inc. et al.,**
**Representation Statement**

## PROOF OF SERVICE

I am employed in the City of Newport News, Virginia. I am over the age of eighteen (18) and not a party to the within action; my business address is P.O. Box 1951, Newport News, VA 23601.

On Tuesday, April 1, 2008, I caused to be served by Federal Express overnight courier the foregoing documents: (1) Notice of Appeal to the United States Court of Appeal for the Ninth Circuit, (2) Representation Statement, (3) Civil Appeals Docketing Statement, and (4) Notice of Intent to Designate Portions of Court Transcript and Statement of Issues.

The foregoing documents were served on:

**Mr. James McGuire**
**Morrison & Foerster, L.L.P.**
**425 Market Street**
**San Francisco, CA 94105**
**Phone: (415) 268-7013**

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on the 2nd day of April 2008 in Newport News, Virginia.



_____
Matthew S. Hale, Esq.

4

**David J. Lee v. Capital One Bank, Inc. et al.,**
**Representation Statement**