*FILED*

APR - 4 2008

NORTHERN DISTRICT O... CLERK, U.S. DIST... RICHARD W. W...ING COURT CALIFORNIA

1  Matthew S. Hale, Esq.
   **HALE & ASSOCIATES**
2  Calif. State Bar No. 136690
   **45 Rivermont Drive**
3  Newport News, VA 23601

4  **Mailing Address:**
   P.O. Box 1951
5  Newport News, VA 23601

6  Telephone No. (757) 596-1143
   E-Mail: matthale@verizon.net
7
   **Attorney for Plaintiff DAVID J. LEE**
8
                    UNITED STATES DISTRICT COURT
9
10                FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| DAVID J. LEE, an individual and, on behalf of others similarly situated, | Case No.: C-07-4599 - MHP |
| | **NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT** |
| Plaintiff, | |
| vs. | [REPRESENTATION STATEMENT, AND CIVIL APPEALS DOCKETING STATEMENT, AND NOTICE OF INTENT TO DESIGNATE PORTIONS OF COURT TRANSCRIPT AND STATEMENT OF ISSUES, FILED CONCURRENTLY] |
| CAPITAL ONE BANK and CAPITAL ONE SERVICES, INC., Virginia corporations, DOES 1 through 100, inclusive, | |
| Defendants. | |

1

David J. Lee v. Capital One Bank, Inc. et al.,
Notice of Appeal

DAVID J. LEE the Plaintiff/Appellant herein, appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment of the District Court, entered in this case on March 5, 2008 (Docketed as No. 43 on March 5, 2008) granting the Defendants' motion to dismiss the Plaintiff's complaint.

There is a related case in connection with this appeal. That case is <u>David J. Lee, and Daniel R. Lloyd vs. American Express Travel Related Services, Inc., American Express Centurion Bank, and American Express Bank, FSB</u>, Case No. C-07-4765 (CRB) (N.D. Cal. December 6, 2007), Court of Appeals Record No. 08-15015.

Dated: April 2, 2008                                    Respectfully submitted,


_____
                                                    Matthew S. Hale, Counsel
                                                    For Plaintiff/Appellant

<u>David J. Lee v. Capital One Bank, Inc. et al.,</u>
**Notice of Appeal**

## **PROOF OF SERVICE**

I am employed in the City of Newport News, Virginia. I am over the age of eighteen (18) and not a party to the within action; my business address is P.O. Box 1951, Newport News, VA 23601.

On Wednesday, April 2, 2008, I caused to be served by Federal Express overnight courier the foregoing documents: (1) Notice of Appeal to the United States Court of Appeal for the Ninth Circuit, (2) Representation Statement, (3) Civil Appeals Docketing Statement, and (4) Notice of Intent to Designate Portions of Court Transcript and Statement of Issues.

The foregoing documents were served on:

**Mr. James McGuire**
**Morrison & Foerster, L.L.P.**
**425 Market Street**
**San Francisco, CA 94105**
**Phone: (415) 268-7013**

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on the 2nd day of April 2008 in Newport News, Virginia.



Matthew S. Hale, Esq.

3

**David J. Lee v. Capital One Bank, Inc. et al.,**
**Notice of Appeal**

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611017838
Cashier ID: almaceh
Transaction Date: 04/04/2008
Payer Name: matthew s. hale
----------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: D LEE
 Case/Party: D-CAN-3-07-CV-004599-001
 Amount:        $455.00
----------------------------------------
CHECK
 Check/Money Order Num: 3401561
 Amt Tendered: $455.00
----------------------------------------
Total Due:     $455.00
Total Tendered: $455.00
Change Amt:    $0.00

MHP


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```